IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

ANTONIA M. HARRIS                                                                PLAINTIFF

VS                                                                   45CI1:21-cv-0245-JA

J.C. PENNEY CORPORATION, INC                                          DEFENDANT

## CLERK'S CERTIFICATE

I, ANITA WRAY, Circuit Clerk of Madison County, Mississippi, do hereby certify that the above enclosed instrument of writing is a true and correct copy of the papers filed in the case of ANTONIA M. HARRIS v J.C. PENNEY CORPORATION, INC and is a matter of record in the Circuit Clerk's Office in Madison County, Mississippi.

THIS, the 21ST day of OCTOBER 2021.

ANITA WRAY
CIRCUIT CLERK

*Cindy Blankenship* (signature)

DEPUTY CLERK

EXHIBIT A

Mississippi Electronic Courts
Twentieth Circuit Court District (Madison Circuit Court)
CIVIL DOCKET FOR CASE #: 45CI1:21-cv-00245-JA
Internal Use Only
Edit Case Data
Edit Case Participants

Harris v. J. C. Penney Corporation, Inc.
Assigned to: Dewey Arthur

**Upcoming Settings:**

None Found

Date Filed: 09/13/2021
Current Days Pending: 38
Total Case Age: 38
Jury Demand: Plaintiff
Nature of Suit: 187 Premises Liability

**Plaintiff**

Antonia M. Harris

represented by  Antonia M. Harris
PRO SE

V.

**Defendant**

**J. C. Penney Corporation, Inc.**
645 Lakeland East Drive. Suite 101
Flowood, Ms 39232
*Through its agent for service of process CT Corporation System*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2021 | 1 | COMPLAINT Trial by Jury against J. C. Penney Corporation, Inc., filed by Anthony M. Harris. (Attachments: # 1 Civil Cover Sheet,) (Sanders, Fannie) (Entered: 09/13/2021) |
| 09/13/2021 | 2 | SUMMONS Issued to Attorney as to (J. C. Penney Corporation, Inc. through its Agent for Service of Process) (Sanders, Fannie) (Entered: 09/13/2021) |
| 09/13/2021 | 3 | (Court only) Civil Case Filing Fee: $161.00, Method of Payment: Check, Check No. 447096, Paid By: Dudley Debosier Injury Lawyer, Remarks: n/a. (Sanders, Fannie) (Entered: 09/13/2021) |

Select Event

Account Transaction - Circuit
ADR Documents

Go to Event



STATE OF MISSISSIPPI, COUNTY OF MADISON
I, Anita Wray, Clerk of the Circuit Court in and for the said State and County, do hereby certify that the above and foregoing is a true and correct copy of the original _____
and the same is of record in this office in _____
Book no. ____ at page ____
Given under my hand and the seal of the Circuit Court at Canton
This the ____ day of _____, 20 ____
Anita Wray, Circuit Clerk
BY _____ D.C.

IN THE CIRCUIT COURT OF MADISON COUNTY

**ANTONIA M. HARRIS**                           **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO.** CI-2021-0245-JA

**J. C. PENNEY CORPORATION, INC.**              **DEFENDANT**

## COMPLAINT
### Trial by Jury Requested

Comes now Plaintiff, ANTONIA M. HARRIS, and files this her complaint against the Defendant, J. C. PENNEY CORPORATION, INC. and in support thereof would respectfully show unto the Court the following facts to-wit:

### PARTIES

1. Plaintiff, ANTONIA M. HARRIS, is an adult resident citizen of Madison County, Mississippi.

2. Defendant, J. C. PENNEY CORPORATION, INC., (hereinafter "J. C. PENNEY"), or in the alternative, an affiliate thereof, upon information and belief, is a foreign corporation, authorized to do and doing business in the State of Mississippi, with its agent for service of process being CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

### JURISDICTION AND VENUE

3. Jurisdiction and venue are proper in Madison County Circuit Court. The Madison County Circuit Court has *in personam* jurisdiction over Defendant because the negligent acts and omissions of Defendant were committed in whole or in part in the State of Mississippi.

4. Venue is proper in Madison County, Mississippi, pursuant to Miss. Code Ann. §11-11-3 since the alleged acts of the negligence occurred in Madison County.

1

## FACTS

5. On or about November 14, 2020, Plaintiff, ANTONIA M. HARRIS was a patron on the premises of J. C. PENNEY, in Ridgeland, Mississippi.

6. At or about the time and place alleged above, Plaintiff was walking in the salon at J. C. PENNEY.

7. Plaintiff slipped and fell in some liquid substance on the floor of the salon at J. C. PENNEY.

8. At all material times, J. C. PENNEY, through the actions of its employees, had actual or constructive knowledge of the hazardous condition in the salon.

9. J. C. PENNEY, through the actions of its employees, created the dangerous or hazardous condition.

10. The presence of the liquid substance on the floor in the salon at J. C. PENNEY presented an unreasonable risk of harm to patrons, such as Plaintiff.

11. The risk of harm was reasonably foreseeable to J. C. PENNEY.

12. J. C. PENNEY failed to exercise reasonable care in light of their knowledge of the hazardous condition that caused the damage alleged herein.

## NEGLIGENCE OF DEFENDANT

13. This incident was caused by the fault and negligence of the Defendant, J. C. PENNEY, in the following non-exclusive respects:

   a. By failing to maintain their premises in a safe condition;

   b. By failing to warn Plaintiff of the unsafe condition;

   c. By failing to inspect the area and/or to remove such hazards;

   d. By creating the dangerous condition that injured Plaintiff;

e. By failing to remove the liquid substance on the floor of the salon;

f. By failing to prevent Plaintiff from entering into what defendant knew or should have known was an unsafe area;

g. By failing to follow their policies and procedures;

h. Gross negligence and a willful, wanton and/or reckless disregard for the safety of patrons such as Plaintiff; and

i. Other acts of negligence that were the cause of this incident and will be shown at the trial of this matter.

## DAMAGES

14. Solely as a result of the negligence of the Defendant, ANTONIA M. HARRIS has sustained the following non-exclusive elements of damages:

   a. Physical pain and suffering (past, present, and future);

   b. Mental anguish (past, present, and future);

   c. Loss of enjoyment of life (past, present, and future);

   d. Disfigurement and disability;

   e. Medical Expenses (past, present, and future);

   f. Lost Wages/Earnings (past and future);

   g. Loss of earning capacity; and

   h. Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

## PUNITIVE DAMAGES

15. Plaintiff asserts the acts of Defendant were willful, wanton, malicious and grossly negligent. Plaintiff requests punitive damages from Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, ANTONIA M. HARRIS, demands judgment of and from Defendant, J. C. PENNEY CORPORATION, INC., and requests that this Honorable Court award damages against the Defendant to the Plaintiff for all past and future medical expenses, physical injuries, past pain, suffering, and mental anguish, lost earnings, travel expenses, loss of earning capacity, and other damages both general and specific, in an amount to be determined, reasonably believed to be in excess of this Court's jurisdictional minimum. Plaintiff further prays for punitive damages from the Defendant due to the willful, wanton and grossly negligent actions of the Defendant and Plaintiff prays for general relief along with all attorney's fees, costs, and expenses incurred in bringing this action, and such other equitable relief that this Honorable Court deems appropriate.

This the ___7___ day of September, 2021.

Respectfully Submitted:

DUDLEY DeBOSIER, P.L.C.

BY: _____
LAUREN CAVALIER, Bar Roll No. 105114
*Counsel for Plaintiff, ANTONIA M. HARRIS*

OF COUNSEL:

**DUDLEY DeBOSIER PLC**
1075 Government, St.
Baton Rouge, Louisiana 70802
Telephone:   (225) 478-4242
Facsimile:   (225) 478-4292
lcavalier@dudleydebosier.com

4

Case: 45CI1:21-cv-00245-JA   Document #: 1   Filed: 09/13/2021   Page 5 of 6



**LAUREN E. CAVALIER**, Attorney
(225) 478-4242 Direct Dial
(225) 478-4292 Facsimile
LCavalier@DudleyDeBosier.com
**ANDRAE' M. MELANCON**, Assistant
(225) 478-4244 Direct Dial
(225) 478-4294 Facsimile
AMelancon@DudleyDeBosier.com

**DUDLEY DEBOSIER**
INJURY LAWYERS

BATON ROUGE
NEW ORLEANS
SHREVEPORT
LAFAYETTE
DENHAM SPRINGS

1075 Government Street
Baton Rouge, Louisiana 70802

**September 7, 2021**

<u>**VIA CERTIFIED MAIL**</u>
Tracking No. 7019 2970 0002 2586 3177

The 20th Judicial District
**Madison County**
128 West North Street
Canton, Mississippi 39046

RE:   Antonia M. Harris
      **NEW COMPLAINT**

Dear Sir or Madam,

    Please find enclosed herewith, the original and two (2) copies of the Complaint, as well as two (2) Summons in regard to the above referenced matter.

    Furthermore, please file the original(s) into the record and return for Defendant, **J.C. Penney Corporation, Inc**, a stamped filed copy of the Complaint and the Summons via first-class mail in the self-addressed envelope being provided for your convenience.

    Per your request, please find enclosed herewith, our firm check no. 447096 in the amount of $161.00 in payment of filing and service fees.

    Thank you for your assistance in this matter. If you should have any questions, please do not hesitate to contact me.

Sincerely,

Lauren E. Cavalier

LEC/amm
**Enclosures**

**RECEIVED**
SEP 1 3 2021
By _____

Case: 45CI1:21-cv-00245-JA   Document #: 1   Filed: 09/13/2021   Page 6 of 6

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Madison County

ANTHONY M HARRIS VS J C PENNEY CORPORATION

Case # CI-2021-0245        Acct #              Paid By CHECK 447096      Rct# 93238

```
            CV CLERK'S FEE                              85.00
            CV LAW LIBRARY                               2.50
            CV COURT REPORTER TAX                       10.00
            CV COURT EDUCATION                           2.00
            CV COURT ADMINISTRATOR                       2.00
            CV CIVIL LEGAL ASSISTANCE FUND               5.00
            CV COMPREHENSIVE ELECTRONIC CT              10.00
            CV JURY TAX                                  3.00
            CV CONSTITUENTS FE                            .50
            CV RECORDS MANAGEMENT PROGRAM                1.00
            CV-JUDICIAL SYS OPERATION FUND              40.00


                                            ============
                              Total   $       161.00
```

Payment received from DUDLEY DEBOSIER INJURY LAWYERS


Transaction   98966 Received   9/13/2021 at 16:11 Drawer    1 I.D. FMM
Current Balance Due         $0.00              Receipt Amount $     161.00

By _____ D.C.   ANITA WRAY, Circuit Clerk

Case # CI-2021-0245      Acct #          Paid By CHECK 447096      Rct# 93238

**COVER SHEET**
Civil Case Filing Form
Case: 45CI1:21-cv-00245
(To be completed by Attorney/Party Prior to Filing of Pleading)

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

**Court Identification Docket #**
County # 45 | Judicial District CI1 | Court ID 21
Month 09 / Date 13 / Year 21

**Case Year** 2021

**Docket Number** 245

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the **Circuit** Court of **Madison** County — **20th** Judicial District

**Origin of Suit** (Place an "X" in one box only)
- [ ] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual — Last Name: **Harris** — First Name: **Antonia** — M.I.: **M**

Address of Plaintiff: **1075 Government Street, Baton Rouge, Louisiana 70802**

Attorney (Name & Address): **Lauren E. Cavalier** — MS Bar No. **105114**

Signature of Individual Filing: [signature]

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Business: **J.C. Penney Corporation, Inc**

Attorney (Name & Address) - If Known: **Unknown.** — MS Bar No. —

**Nature of Suit** (Place an "X" in one box only)

Torts:
- [X] Premises Liability

Case: 45CI1:21-cv-00245-JA   Document #: 2   Filed: 09/13/2021   Page 1 of 1

## IN THE CIRCUIT COURT OF MADISON COUNTY

**ANTONIA M. HARRIS**                              **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO.** CI-2021-0245-JA

**J. C. PENNEY CORPORATION, INC.**                 **DEFENDANT**

***

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   **J. C. PENNEY CORPORATION, INC.**
      Through its agent for service of process
      CT Corporation System
      645 Lakeland East Drive, Suite 101
      Flowood, MS 39232

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Lauren Cavalier of Dudley DeBosier Injury Lawyers, the attorney for the Plaintiffs), whose post office address and street address is 1075 Government Street, Baton Rouge, LA 70802. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 13 day of September 2021.

Clerk of Madison County, Mississippi

(Seal)

1